### IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| United States | ) ) ) | |
| v. | ) ) | No. 1:23-cr-115-CJN |
| Larry Giberson, | ) ) ) | |
| Defendant. | ) | |

### CONSENT MOTION TO CONTINUE STATUS HEARING

The defendant Larry Giberson hereby moves to continue his status hearing scheduled June 15, 2023.  In support of this request Mr. Giberson submits the following:

1. The government has produced initial discovery to Mr. Giberson which consist of 10.54 GB worth of material.

2. The parties have engaged in discussion of a possible settlement of this case.

3. The pretrial services report issued June 7 (ECF 14) lists no issues with Mr. Giberson's compliance with conditions of release.

4. Mr. Giberson requests a continuance of his status hearing of approximately 30 days to allow him more time to review discovery and discuss possible resoliutions of this case.

5. The government does not object to this request.

6. Mr. Giberson is available for a virtual status any date in the second half of July.  Undersigned counsel is not available on July 19.  Counsel for the government is not available June 26-July 3 or July 24-July 27.

For the foregoing reasons, Mr. Giberson respectfully requests a continuance of his

status hearing of at least 30 days.

Respectfully Submitted,

By:

/s/ Charles Burnham
Charles Burnham, DC # 1003464
*Attorney for the Accused*
Burnham & Gorokhov, PLLC
1424 K St. NW, Suite 500
Washington, DC 20005
(202) 386-6920 (phone)
(202) 765-2173 (fax)
charles@burnhamgorokhov.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of this pleading was filed on opposing counsel through the Court's electronic filing system.

By: */s/ Charles Burnham*
Charles Burnham
D.C. Bar 1003464
*Attorney for Defendant*
BURNHAM & GOROKHOV, PLLC
1424 K Street NW, Suite 500
Washington, DC 20005
(202) 386-6920 (phone)
(202) 265-2173 (fax)
Charles@burnhamgorokhov.com