UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.  : | Case No. 23-cr-115 (CJN) |
| : | |
| LARRY GIBERSON : | |
| : | |
| Defendant. : | |

**UNITED STATES' CONSENT MOTION TO
EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT**

The United States of America (the "government"), with the consent of counsel for the defendant, Larry Giberson, hereby moves this Court to exclude the time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq*., until the next status conference set for July 20, 2023. In support of this consent motion, the undersigned states as follows:

1. The parties last convened for a virtual arraignment and status hearing on April 18, 2023. Since that date, the government has provided defense counsel with approximately 10.54 gigabytes of discovery specific to the defendant. The government also provided defense counsel with a proposed plea offer.

2. On June 12, 2023, with the consent of the government, the defense filed a motion to continue the next status hearing originally set for June 15, 2023. In the motion, defense requested a continuance to continue reviewing the voluminous discovery and discuss a possible resolution of the case. The Court granted the defense motion on June 13, 2023, and reset the status conference for July 20, 2023, at 12:30 p.m.

WHEREFORE, the United States, with the consent of counsel for the defendant, respectfully requests that this Court grant the motion to exclude the time within which the trial

must commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, on the basis that the ends of justice served by taking such actions outweigh the best interest of the public and the defendant in a speedy trial pursuant to the factors described in 18 U.S.C. § 3161(h)(7)(A), (B)(i), (ii), and (iv), and failure to grant such a continuance would result in a miscarriage of justice.

                          Respectfully submitted,

                          MATTHEW M. GRAVES
                          United States Attorney
                          D.C. Bar Number 481052

By:   /s/ Stephen J. Rancourt
                          Stephen J. Rancourt
                          Texas Bar No. 24079181
                          Assistant United States Attorney, Detailee
                          601 D Street, NW
                          Washington, D.C. 20530
                          (806) 472-7398
                          stephen.rancourt@usdoj.gov