UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 23-cr-115 (CJN) |
| : | |
| LARRY GIBERSON : | |
| : | |
| **Defendant.** : | |

**UNITED STATES' CONSENT MOTION TO
CONTINUE STATUS CONFERENCE AND FOR CHANGE OF PLEA HEARING**

The United States of America (the "government"), with the consent of counsel for the defendant, Larry Giberson, hereby moves this Court to continue the virtual status conference currently set for this Thursday, July 20, 2023. In support of this consent motion, the undersigned states as follows:

1. The parties last convened on for a virtual arraignment and status hearing on April 18, 2023. Since that date, the government and defense have been diligent in providing and reviewing discovery, and actively engaged in plea negotiations.

2. On July 18, 2023, the parties finalized the terms of the plea agreement, and are prepared to present the proposed plea to the Court. Because the proposal involves the defendant's plea to a felony, the plea hearing cannot be held virtually.[1]

The government therefore respectfully requests that the Court continue Thursday's status conference and set an in-person Change of Plea hearing. Both the government and defense move this Court to exclude the time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, until the Change of Plea hearing, on the basis that the ends of justice

---

[1] *See* Chief Judge Boasberg's May 5, 2023, Standing Order 23-26, In re Authorization of CARES Act for Use of Video of Teleconferencing Technology for Certain Criminal and Juvenile Delinquency Proceedings.

served by taking such actions outweigh the best interest of the public and the defendant in a speedy trial pursuant to the factors described in 18 U.S.C. § 3161(h)(7)(A), (B)(i), (ii), and (iv), and failure to grant such a continuance would result in a miscarriage of justice.

        Respectfully submitted,

        MATTHEW M. GRAVES
        United States Attorney
        D.C. Bar Number 481052

By: _____
        Stephen J. Rancourt
        Texas Bar No. 24079181
        Assistant United States Attorney, Detailee
        601 D Street, NW
        Washington, D.C. 20530
        (806) 472-7398
        stephen.rancourt@usdoj.gov