Judge Carl J. Nichols

USA v. GIBERSON 1:23-cr-00115

U.S. District Court for the District of Columbia, 333 Constitution Ave, N.W., Washington, D.C.

October 1, 2023

To the Honorable Judge Nichols,

I hope you are having a great day so far. I am writing this letter on behalf of Larry Giberson. I have had the pleasure of knowing him since he started at Mud City Crab house in 2017. I got to work side by side with him for 6 years and currently as his general manager for 1 1/2 years. In those years I was able to watch him grow up into the man he is today: caring, sweet, sensitive, hard working and can't forget funny. He always goes above and beyond at his job and helping others. Customers love him and truly it is a treat to listen and watch him interact with customers and staff. He is always extremely professional and courteous. He is never late and does not call out unless it is an absolute emergency.

I have also had the pleasure of knowing him as a friend as well in the past few years. He is a great listener and is one person you can count on no matter what. I value his friendship dearly. He and his family opened their home to me and another friend as we were trying to change our careers at one point and he reached out to his family and set up a nice little brunch to help with guidance in pursuing that option. It truly meant a lot to me as not many people go out of their way to help in something like that. Sadly we lost an employee last year to a motorcycle accident and watching him stay strong to help out all the others was really remarkable; he can always put his pride aside to help the ones he loves. He will always be the first to offer rides, advice and all around guidance. He is one of the smartest people I have had the joy of meeting. I am asking of you leniency in his sentencing as he is a huge asset to the company as an employee, as part of our little work family, and in my personal life. Thank you for your time.

Sincerely yours,

Becky Peterson

Honorable Judge Carl J. Nichols,

I am writing you today to talk about my caring, thoughtful, intelligent, loving brother in law Larry Giberson. I met Larry in 2009 when my husband and I started dating and Larry was just a young boy. Through the years I have had to pleasure of watching him grow up and become the selfless, responsible, family centered young man he is today. From a young age I noticed Larry has always been special. He was never the typical young boy, he was so wise beyond his years in many aspects of his life. He was always interested in engaging with the adults and we had some great conversations even when he was a little boy. I was so impressed with all the things he did growing up and the different areas of school he was involved in. From mastering French in high school, to singing in his school choir, he kept himself busy and always strived to learn at an extremely high level.

In more recent years I got to see him take on a role that has been extremely special to me, becoming an uncle to our two children, Reagan age 5 and Cooper age 2.5. I cannot say enough about the love he has for our kids and the special bond he has with them. He was finishing high school and thinking about college when Reagan was born, but he always made time to come and visit. Most often he was the one calling me saying, "when can I come over next to visit my niece and nephew". For most college kids, the last thing on their minds is making time for their infant and toddler nieces or nephews, they are too busy focused on all things college and just thinking about the social scene. But Larry is a special person and so mature and family oriented and he always has been. He would drop anything to come help out a family member, or just to be there, and spend quality time together even while he was extremely busy in school.

One instance really sticks out in my mind demonstrating Larry's selfless character and love for his family. In February of 2022 I was scheduled for a surgery. The recovery was difficult and I was unable to pick up my one year old son for two weeks. During the week following surgery my husband unfortunately had a work obligation he was unable to reschedule and would not be here to help me with the children. Larry immediately dropped everything as a 21 year old and said "I will come stay with you and help with the children while Nick is away for work." My son Cooper at the time was also not a great sleeper and would wake up multiple times throughout the night. I warned Larry of this and he didn't hesitate for a second. The first time Cooper cried at 2 am, he immediately jumped out of bed and held him in the rocking chair. I listened through the door and heard him singing a sweet lullaby to get him to fall back asleep. It was such a special moment I will never forget, and be forever grateful for.

Reagan and Cooper absolutely adore their uncle Larry—in our house he is their Uncle Junior thanks to my husband's love of The Sopranos—and it is so special to see them interact together. We are so lucky to have him in our lives and love him so much. My husband and I are pregnant with our third baby, due in April and I know Larry is so excited to be an uncle to this baby and have a special relationship with he or she, like he does with Reagan and Cooper.

Your Honor, I know you receive many letters like this, and I want to thank you for taking the time to read about my personal relationship with Larry Giberson. He truly is a genuine, loving, responsible, thoughtful, family man. I hope and pray that you show leniency and minimize the amount of time Larry has to spend apart from his family that he cares for deeply. My children would be devastated if they had to go a period of time without seeing their Uncle June who means the world to them. I implore you to weigh the conviction against the way he has lived his life as an upstanding young man who loves his family and has his whole life ahead of him to start a bright future.

Sincerely,

Caitlin Gardiner

October 15, 2023

Judge Carl J. Nichols
U. S. A. V. Giberson 1:23-
CR - 00115

I, Christena Fife, am
the maternal grandmother of
Larry Giberson.

I have watched him
grow and mature into an
exemplary young man.

Larry was an avid reader
his whole life which I
believe led to his excellent
grades in all of his school
years. He is also a great
Conversationalist and I
have enjoyed many conver-
sations with him over the
years on many varied topics
(over)

including cooking.

He loves his family very much, especially his mother. He is also very generous with his time when needed.

In closing, I would like to see Larry getting this situation behind him so he can go on with his life to become what he was created to be.

Love and many prayers have been extended for this fine young man that I am proud to call my grandson.

Respectfully,

Christina Fife

To Judge Carl Nichols,

My name is Christine Scharf. My husband is Richard Giberson Jr., and Larry Giberson Jr. is Richard's nephew. I have known Larry since 2008 and he was my neighbor for many years.

He went to school with my daughter Madeleine Scharf, and the two were thick as thieves for many years. He has been a part of our family for many years, and he spent many nights at our house as a young boy for dinners telling us fun facts and making intelligent conversations and generally keeping me and my husband on our toes. He is a lovely young man who is kind and caring. He is fun to be around. At every family function he always finds a moment to pick me out of the crowd and have a conversation with me, which in the early years of being with his uncle always made me feel included even as a new member of the family. He did amazing in school and received a full scholarship to Princeton where he graduated, and the whole family was so excited and proud, myself included. We were unfortunately unavailable to attend his graduation party in full, but we were able to swing by and help set up for a bit beforehand. Larry was so gracious as host and insisted that he completely understood our prior engagement and thanked us over and over for stopping by even for a little bit.

In the many years that I have known him, he has never been in any trouble or caused any trouble. He is a very good young man and he is deeply loved by us. Though I'm sure you have received so many other letters saying the same thing, I thank you for considering my letter in your determination. I hope that I can provide a window into Larry's life that you might take into your consideration and that you will show him leniency.

Sincerely,

Christine Scharf

October 24, 2023

Judge Carl J. Nichols
USA v. Giberson, 1:23-cr-00115
U.S. District Court for the District of Columbia
333 Constitution Ave., N.W.
Washington, D.C.

Honorable Judge Nichols,

I would like to tell you about my friend and neighbor Larry Giberson. I have known Larry for just under three years, and have seen him grow even in that short time (though the pandemic makes it seem like much longer) from a teenager into a pleasant, respectful young man.

Larry is always happy to help myself and the others in the neighborhood with a smile on his face. I have known him to be a kind and generous person. Just earlier this year, our neighbors across the street had a horrible house fire, and Larry and his mother rushed home from what they were doing to help comfort them and handing out water bottles and offering whatever else they could to the first responders all up and down our street.

Thank you for reading this letter. I hope this letter gives you an idea of his good character and perhaps you might show some leniency for a good young man with a bright future.


Sincerely,

Don Callahan

October 25, 2023
Judge Carl J. Nichols
USA v. GIBERSON 1:23-cr-00115
U.S District Court for the District of Columbia,
333 Constitution Ave, N.W., Washington, D.C.

Honorable Judge Nichols,

I'm writing this letter to shed some light on my friend Larry. I've known Larry now for the last 7 years. We met because we are coworkers. I consider myself extremely lucky because I love the people I work with. They are like my family. We all feel that same way and share that same bond. We are blessed to feel this way about each other. And that includes Larry, and I know so many others share the same views as I do. It's not always in life that your coworkers become your friends but in my case, with Larry, that is exactly what happened. I've had the last 7 years to get to know him and the times we have spent together have always been enjoyable. He has a great sense of humor and is always making me and our other coworkers laugh. He is kind, the type of friend who stops and grabs you a coffee when he knows you are having a bad week. He is the type of friend who opens up his home to you, as I've seen him do with so many others. If you are in trouble or struggling Larry is someone you can call at 3 am and he will jump right out of bed to do whatever he can to help. He has helped me so many times, graciously without ever asking for anything in return. He doesn't hesitate to do all he can do for his friends.

Aside from his attributes as a friend, he is a terrific co-worker. Larry and I work the same position as a server in a restaurant and oftentimes we work the same shifts. I always say that me and Larry make a great team at work. He is always lending a hand if I need it. Sometimes I don't even ask, he just sees me struggling and swoops in. I would even go as far to say that sometimes he puts my work ethic to shame. Larry has a great rapport with customers and it's obvious everyone who is waited on by Larry loves him, trust me I've been told. I have never seen or heard Larry call out for work. If anything he's always there early doing what he needs to do or picking up shifts for fellow coworkers. Which he has also done for me countless times. His reliability is incredible.

I hope this letter finds you well Judge Nichols. I really wanted to shed some light on the type of person Larry is and give you some insight from a person who has known him for years. Hopefully you will take all of this into consideration when it comes time to sentence Larry. Thank you for your time and thank you for reading my letter.

Sincerely,
Haylee Potts

*Jacqueline*
# FIFE

October 22, 2023

Judge Carl J. Nichols
U.S. District Court for the District of Columbia
333 Constitution Avenue N.W.
Washington D.C.

U.S.A. v Giberson 1:23-cr-00115

Honorable Judge Carl J. Nichols,

I would like to introduce you to my son Larry Giberson. The person you have come to know through case documentation is significantly disparate from the young man that I have raised. I want to paint for you a picture of Larry, to illustrate that he is witty, he is polite, he is sensitive and empathetic, he values alone time, he has tremendous work ethic and has the courage of his convictions. I will try my best not to get too lengthy - I was told a Power Point presentation with photos from birth was too extreme.

Family is especially important to Larry. Albeit our family tree is unconventional, I couldn't imagine life without all the characters. Larry went from being the only child of my marriage to his father to one of four boys.[1] Then, fifteen years ago, I received a phone call that would change our lives forever. A young man on the other end of the call stated that his name was Nick (Gardiner), and he was my birth-son.[2] And with that, Larry was now the "little brother" to four (4) brothers.

When Larry's father and I separated, one of my top priorities was that he maintains his relationship with his paternal grandparents and cousins. I suppose I pushed for that because I wanted him to have close family connections as I had as a child.

Nick and Larry forged a natural brotherly connection from the day they met. As much as they are alike, they are similarly altogether opposite. They are the Nature vs. Nurture and the Book Smart vs. Street Smart debates! They offer one another valuable lessons about friendships, compassion, love, forgiveness, and compromise just by virtue of being brothers. If you should get caught in a small room with the two of them talking at the same time, bring ear plugs. They both speak unusually loudly.

Since meeting Nick and his family, we have been blessed to be a part of his wedding to his wife Caitlin, and Larry is Uncle Junior to Reagan (5), Cooper (2) and baby number three on the way. Larry is that uncle that doesn't hesitate to get on the floor and play cars with his niece and

---

[1] His dad had three boys from his first marriage.

[2] At 17 I had a child that I gave up for adoption. I didn't know where he went, or who adopted him. He grew up a town away from us, and he and his wife, two grandchildren (another on the way), mom, dad, and sister are a HUGE part of our family.

nephew. He is a sucker for the requests from them to read a bedtime story five times in a row, play hide and seek (over and over again) or giving in to Reagan when she wants to give him a pretend make-up makeover (yes, I have pictures). He is, nevertheless, a strong disciplinarian, making sure things are cleaned up, their manners are decent, and that they learn boundaries and the meaning of "no". The love he has for those children is written all over his face in every moment, and those little ones? They adore him right back—it's plain to see.

Larry's is a part of his three (3) brothers, Logan, Kanev and Mason (Giberson) lives in various respects.

Logan, who is special needs due to severe seizure disorder, and now lives in an assisted living facility. Growing up with a sibling with epilepsy was complex because Larry wanted to do everything in his power to help him, but Larry had to learn that there are many things you can't control, and in Logan's case, if you were there during a seizure, the only thing he could do was make sure he didn't get hurt. This gave Larry an increased capacity for empathy, and a greater tolerance for individual differences.

Kanev and Larry share a lot of the same characteristics as they are both compassionate, they do not judge people on their flaws and over the years they have become closer as they share a common affinity for family connection. Larry was a groomsman at Kanev and Tia's wedding last year. They both rely on Tia's expertise of counseling them when it comes to their relationship with their father.

Mason and Larry were never that close despite their closeness in age. Unfortunately, Mason got involved in the wrong crowd as a young teenager and started doing drugs. Over the years his addiction grew, and he and Larry's relationship grew further apart, as Larry would not be an enabler. Thank God we can say that Mason has gotten himself clean and sober. Larry went to Florida last month to be in attendance when Mason received his chip for being four (4) years sober. As I have stated, Larry is compassionate, but he learned that solidarity is essential to show support for his brother to overcome his addiction.

Larry enjoys his relationships with all his grandparents. He frequently goes to dinner with Mimi and Pop Giberson and their friends. He appreciates the wisdom in their conversations, and I know they say the same about him. Similarly, he enjoys taking my mother to lunch, where she talks his ear off about current events and the world.

When he can, Larry supports his uncle, John Fife and his crew team of St. Joseph's Preparatory High School in Philadelphia. He has spent many afternoons on the banks of the Schuylkill River cheering the Prep boys on to victory, and attending the cocktail parties at the boathouse, where he meets and converses with people from all walks of life. Whenever he can't make it to an event, I'm always astonished to see how many people come up to me asking for his whereabouts, recounting their last conversation with him, and congratulating me on having raised such a thoughtful and intelligent young man.

Old Soul. I can't tell you how many times I heard people refer to Larry with that term. It means wise beyond their years, mature, grounded, and not interested in superficial things. It's true, Larry as a child was very mature. From the start Larry had a voracious passion for reading and learning. When he was an infant, I taught him sign language. His first sign was "*please*" at seven (7) months, and he hasn't stopped talking since! As a young child he could hold conversations

with adults that would leave lasting impressions. He has knowledge on topics that both fascinate and bore me. He always has a "fun fact" at the ready to share but buckle up because you are in store for a pervasive commentary that will leave you wondering why/how he knows so much about that fact.

At the age of seven (7) he informed me that he was going to attend Princeton University. I thought it was a fantastic aspiration, but the reality of a Caucasian male from a small farm town in South Jersey being accepted was futile.

Nevertheless, as the years progressed, Larry's academia flourished beyond any expectation I could have ever hoped for him. He was never really interested in sports. I promise it was not from a lack of trying on my part.

It was in high school when he became active in Model Congress and found a verve for writing and debating bills and has received awards for such. He also became part of the school's choir program. Here too he excelled by auditioning and was accepted in the Honors Select Chorus Program. Larry graduated high school in the spring of 2019, he graduated in the top three (3) in his class, had been inducted into The National Honor Society, was fluent in French and was awarded certification to teach the language.

In the fall of 2018, Larry applied early action to Princeton University, PERIOD. No back up school to fall on, you know, just in case. But, in December of that year, despite the odds, Larry received that acceptance email. He was a fantastic student at Princeton. He was able to maintain straight A's while coming home on weekends to work at his jobs at two local restaurants. Larry graduated this past spring from Princeton University with a Degree in Politics concentrating in Political Theory and a sub-track in American Ideals & Institutions and Certificates in Values and Public Life and French Language and Culture.

As a single mother, raising Larry was not difficult. He truly has been a wonderful child. We faced **numerous** challenges after my divorce, including his father being mostly absent from wanting to spend time with him. He had to face some harsh realities as a young boy that I wish I could have better protected him from, but with every hurdle, Larry maintained a positive attitude. He is resilient. I have always been in awe of Larry and his accomplishments. I never want him to face the struggles that I have, so I did my best to raise him to make better choices than I did, to teach him about life. But in reality, I fear that he may not have learned as much from me as I have learned from him.

Your Honor, I was with Larry on January 6th. We drove down that day together to see President Trump speak, and I don't think either of us had any - or could have had any - idea of how that afternoon ultimately unfolded. Larry, like a lot of people that day, got swept up in the moment. There was no malicious intent, Larry doesn't have a malicious bone in his body. For the most part, Larry always knew what he wanted to do with his life. He made a plan, set his goals and achieved them all with honors. He had a light in his eyes when he spoke of his aspirations. Whether it was getting into Princeton or continuing on to law school and studying the Constitution of the United States. However, through this process, that light has been extinguished. My heart is aggrieved for him. He isn't the same young man anymore. I can't do what a mother is put on earth to do and fix this one for him. He has done everything right up until this incident. Listen, he is in no way perfect, but in today's world with everything kids are faced with, he has chosen all the right paths. I don't want him to be remembered for this one bad

act. Larry is a patriot. He has accepted responsibility for his actions bravely, decisively and without incident. I only ask that you give him the opportunity to put this unfortunate incident behind him and allow him to shoot for the stars again.

I want to thank you for taking the time to read my letter and I hope you have a better understanding of Larry, how he was raised and what is truly important to him.

Sincerely Yours,

Jacqueline Fife



Dear Judge Nichols,

I appreciate your time and consideration in reading this letter. I have known Larry Giberson Jr. for all of his life. As my younger cousin I have watched him grow up. We are fortunate to have a big family and all of us are very close and spend time together often. I am writing to you at this time to speak to the qualities of my dear cousin, who even in such a big family stands out as an exemplar of many of our best qualities. Our family in general has a strong work ethic and Larry is a prime example. When things get tough, he steps up and helps out without question and without needing any thanks.

Even early on when he was a young boy he was polished, intelligent, and well spoken. As he got older these same traits continued and his unique personality bloomed. As a family oriented person, we spend lots of time together at family gatherings, of which there are many, as well as plenty of times meeting up just us. Larry is not just my cousin, he is my friend, he is the person when I walk into a room and he is there I am full of joy to see him and we could talk for days on end. We have had many great conversations that have really helped me to see, outside of a family member and friend, who he is as a member of society. As a manager and leader during his time working in the hospitality field, I have had many enlightening conversations with him about how he chose to navigate challenging situations with customers who need a bit more attention and staff that posed a challenge to his worldview.

Last year when he was still managing at one of the restaurants he worked at, he recounted to me the story of how one of his employees quietly confided in him that they had originally felt uncomfortable when just starting out at the job to disclose that they were nonbinary and didn't feel comfortable being called by female pronouns, but would prefer it now that they had been working there a while to be addressed in the way that made them feel most comfortable. Even though he comes from a small-town conservative background that is not exactly known for being particularly accepting of ideas like that, Larry went out of his way to make sure that his staff felt included and comfortable, whether or not he agreed with the ideology. Larry has this amazing ability to understand people and can see where they are coming from, even if they are so different from him, and he is always trying to empathize and make them feel at home, to treat everyone he meets as a person worthy of respect. This is one of the reasons we get along so well even though we are different genders, have chosen different career/education paths, and are 14 years apart in age.

I know that Larry is always there for me and my family. My husband Ron and I have a baby girl on the way (as of writing I am 30 weeks along!) and I know that Larry is so excited for us and to help us out in any way he can, the way he always does for me, my husband, our family, and anyone else he meets. Larry is just that giving, that loving, that kind.

Your Honor, I thank you again for taking the time to read this letter and allowing me to share. I hope that I could give you a better picture of my dear cousin and that that picture can be reflected in your judgment.


Sincerely,

Jacquelyn Rose Giberson

Judge Carl J. Nichols
USA v. GIBERSON 1:23-cr-00115
U.S District Court for the District of Columbia
333 Constitution Ave, N.W., Washington, D.C.


Your Honor,

My name is JD Butler. I am the boyfriend of Larry Giberson's mother
Jackie Fife. Jackie and I have been together since July of 2018, a little
more than 5 years. Larry was 17 years old when I was first introduced
to him.

My first impression of Larry was one of fascination and interest
As a recently divorced father of 3 grown children, my reference of a
17-year-old young man came from my own two boys and daughter
who were in their early twenties and in or out of college when I met
Larry. My children played sports, had lots of friends and seemed to
always have a strong supportive group, and I'm sure they take that all
for granted and never considered a life without two parents at home
and many core friends to lean on.

I learned immediately that Larry did not have the same experience as
my 3 kids. Although Larry was active at school and had some friends
in chorus and at work, I could tell he was carving his own successful
path through his teen years without the same foundation my kids
seem to have had.

My fascination with Larry is that he knew who he was and the cards
he was dealt and he clearly with determination and passion kept
moving forward in a positive way. He has absorbed so much
knowledge by turning his attention to learning. Yes, he was a top
student and a few years later got into Princeton. But I noticed he was
just a sponge on all subjects and cultures that far exceeded what
school required of him. I was always fascinated with his knowledge
and our conversations with him are ones I cherish because I learned

so much from him and I would think to myself I could never have a conversation like this with any of my children. Larry's knowledge and wisdom is far beyond his years and maybe his generation. Beyond mine for sure.

My observations and time spent with Larry told me he was a young man with conviction and a plan. Despite what the "world" told him to do or how to do things, Larry was going to do it his way...why, because his way worked for him, and he has had great success in doing it his way. He figured it out on his own with no short cuts taken.

I recall that Larry's plan after excelling at Princeton was to do something to make a difference in this world. He spoke of Law School at Penn after traveling to Japan. Aside from working every weekend and every summer more than 40 hours, he was passionate about his country and how government worked. He was and is a wealth of knowledge on not only how the Unites States government works but every other nation as well.

I was not with Larry and his mother on January 6th. I recall it being a last-minute decision on their part to go and although I'm conservative, we did not really discuss the need to go. There was no "Mission" in going for Larry and his mom, as clearly it was for others.

In my opinion, the 2020 election period was very exciting for Larry because he understood the process and how things worked. This time was exciting for him, maybe similar to watching your favorite baseball team on a World Series run. You get caught up in the hype and excitement and you want to be at that winning game. I feel Larry wanted to be a part of something that he was passionate about, I know he had no intention to be caught up with the wrong crowd. In fact, I think that is the first time he has ever been part of a wrong crowd situation and I'm confident it is his last. He has suffered greatly because of that day, and I pray he gets that passion to do great things in the years ahead after this has all passed.

Larry is a great young man, and he has so much to offer this world. I'm confident he will do just that. I only ask that you do the world a favor and grant him a second chance. You won't be disappointed in the outcome.

Sincerely,

JD Butler

October 20th, 2023


Judge Carl J. Nichols
U.S. District Court for the District of Columbia
333 Constitution Ave, N.W.,
Washington, D.C.


USA v. Giberson 1:23-cr-00115


Honorable Judge Nichols,

We know that you have a busy schedule and we thank you for taking the time to read about our relationship with Larry. We first met Larry Fife Giberson as a customer in the summer of 2017. He was a loyal regular from the very beginning and throughout the months and years, we shared many conversations leading to developing a close friendship.

In the spring of 2019, Larry started working with us and became a valuable employee, offering support in all aspects of the running of our business. He proved very dependable and hardworking, putting in many hours whilst still keeping up with his academic work in high school and college and holding down another job as well. Larry has always been a well spirited, engaging and courteous employee. He became a well known figure and was much appreciated by our customers. He also was always cracking jokes and keeping up spirits during the long work days, which was greatly appreciated by all our staff.

When we made the decision to move our business location, Larry spent countless hours of his winter break, spring break, and right after finals week working late into the night, helping us to draw up plans for the new layout, assembling furniture, painting, etc., and keeping us motivated and cheerful during this particularly challenging time and new territory for our business. He was indispensable for so long during his time with us and we consulted him on a great deal of things about the business, and even though we didn't always agree he was always trying his best to help our business succeed. Even though he has not worked with us for a while, we still appreciate his advice and keep him in the loop about the goings-on and he is always eager to lend an ear.

We also had the pleasure of getting to know Larry and his family outside of work as well. Larry once spent a New Year's Eve at our home and we had a lovely dinner and played Monopoly early into the morning. Larry has always been there for us

outside of work, dropping whatever he has going on to lend a helping hand. Last year when we were having car troubles, he was very gracious to drive us up to Newark Airport to pick up our daughter Amélie so we didn't have to rent a car. We had the pleasure of knowing Larry's mother as a customer as well, and have also been extended invitations to some social gatherings, where we met other members of his immediate family and were warmly welcomed. It is always a pleasant surprise when Larry makes the drive down the island to visit us and have a crêpe and coffee and chat, and we still love to meet up for dinners with him every once in a while when our schedules allow.

Larry has always been more than a former customer and employee to us and we will always hold in high esteem our friendship with him and his family. We hope that we have shed some light on his generosity and caring character and ask that you show him leniency in your judgment.


Sincerely,

John and Nadia Albright
Owners
**Crêperie de la Mer**
210 North Beach Avenue
Beach Haven, NJ 08008

John P. Fife
2404 Aspen St.
Philadelphia, PA 19130

October 24, 2023

The Honorable Carl J. Nichols
U.S. District Court for the District of Columbia
E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue, NW
Washington, D.C. 20001

Re: United States vs. Giberson 1:23-cr-00115

Dear Judge Nichols:

I am writing on behalf of my nephew and Godson, Larry Fife Giberson, who will appear before
your Court for sentencing on November 1, 2023.  I have known Larry since he was born and am
writing to share with you a, hopefully, complete picture of who he is.  Since he was a little boy,
Larry was a very intelligent, inquisitive, and compassionate person.  He was raised primarily by
my older sister, Jackie, since she and Larry's father divorced many years ago.  He was raised to
be honest, caring, respectful, and loving.  He has borne those traits out in spades over the past
twenty plus years.

Throughout his childhood and adolescence, Larry demonstrated how intelligent he truly was; he
made the National Honor Society and produced outstanding achievements in the classroom.  I
was so proud of him when he was accepted to Princeton University; what an incredible
achievement for a young man who was raised by my sister in a small community along the New
Jersey shoreline.  I knew he was destined for great things and also knew that Princeton could be
a place for him to flourish.

While many adolescents and young adults Larry's age may spend their college years partying,
Larry has immersed himself in academics at Princeton, but also working on weekends and
whenever he had time.  He did this to save money for the future.  In many ways, I wish I had the
wisdom he has when I was his age.  He continues to work to save for the future, while he decides
on his career path having graduated from Princeton this past spring.

My nephew is imperfect and has made some poor decisions along the way.  Nevertheless, he is a
wonderful and kind young man with a very bright future ahead of him.  His intelligence and
perseverance will one day serve his community and profession well.  I respectfully ask that you
consider the totality of my nephew's character and life in his sentencing decision.  Thank you in
advance for your consideration.

Respectfully,
John P. Fife, J.D.

To the Honorable Judge Nichols,

Unfortunately, you don't know my brother Larry like I do. You don't know the hardworking man that he is, the dedication he puts towards everything he does. He is a great brother to his 4 brothers, he cares deeply for his niece and nephew and cares for his family like no one else does. He is always there for his family. We do a family campout every year, I've seen him work a double, until 2am and then drive across the state just to be at campout breakfast with the family.

I remember my father and stepmom telling me I was going to have another brother, even after 22 years I still remember my excitement. I couldn't wait to meet my new friend. Larry and I grew up in chaotic households, to say the least. We have different mothers, but the same father. So, with that we lived in different houses, and being 8 years apart we didn't get to grow up as close as I could have hoped for. But I was still there. I watched him 8 years younger than I learn more, and faster than I ever could. He was speaking Spanish and signing ASL before I knew what hola meant. I have gotten to watch him grow from then through every year in school leading his class GPA, singing his heart out for all 4 years in high school choir.

Larry jumps into everything he does whole heartedly. His commitment to everything he is involved with is how he got his Princeton University academic scholarship, which I was grateful to be able to watch him walk across that stage this year as the first Giberson to receive a college diploma. In our household most of us work too many hours, not spending enough time at home. Through most of his years at Princeton he worked more and harder than anyone in our family. He carried 2 full time jobs through most of his time there while carrying a full class load. Something no one else I know could have done.

While Larry and I don't agree on everything and argue as brothers do sometimes, I know he is always there for me, to support me, to love me, and to have an honest conversation with. A few weeks ago, we were able to travel together to present our brother Mason with his 4-year sobriety chip, something that most people wouldn't take the time to do while in the middle of the situation he put himself in that is having me write this letter. Larry is the man to put others in front of himself, to sacrifice his own needs for others. While there are no excuses for the mistakes he has made, I hope you can see them for being that, mistakes, a mistake that he knows is going to follow him for rest of his life.

I am writing you this letter in hopes that you can see the Larry that I know, not the one that his charges are saying he is. The caring, hardworking, driven man I have had the pleasure of growing up with. I am only reaching out to you because I do trust him, and I do truly believe he is a good man.

Thank you for your time sincerely,
Kanev Giberson

October 24, 2023

Judge Carl J. Nichols
USA v. Giberson, 1:23-cr-00115
U.S. District Court for the District of Columbia
333 Constitution Ave., N.W.
Washington, D.C.

Honorable Judge Nichols,

I wanted to write to tell you a little about Larry Giberson. Larry is one of the best people I have ever met. I am truly lucky to have met Larry in my lifetime and I can only hope that I am able to make you see Larry the way I do.

Larry is an amazing person, to say the least. Larry is giving and kind and open hearted, and anyone who comes in contact with Larry walks away feeling a little bit better about themselves. Larry just has that effect on people without even trying. I have known Larry for almost three years since his family moved next to us, but it feels like so much longer. Since then every time I reflect on our friendship, I realize how lucky I am to have Larry in my life. Larry is always there to help my family and I with anything, no matter what the task may be. Whenever we want to go to Mud City for dinner, Larry is always so gracious to get us on the list, even when the wait is hours long, even when he's not working that night, and even though they're not technically supposed to take reservations. Larry goes above and beyond to help out the people he cares about.

I am sure you'll get many letters like this about Larry, which should let you know what a kind and fabulous individual you are dealing with.


Sincerely,

Kathleen Callahan

Kathleen Callahan

To the Honorable Judge Nichols,

First, I would like to introduce myself, Larry Giberson Sr., father of Larry Giberson Jr. Fortunately I was blessed in my second marriage when Larry was born, my fourth son, and I knew before he was two years old that he was going to be someone special. His ability to learn at such a young age was amazing and often had me and anyone that interacted with him in awe. As an infant we had taught him sign language, which I believe really started off his amazing ability to communicate with people of all ages.

Although the marriage did not last, our family bond is strong and Larry totally embraces bringing the extended families together. I see such empathy in him the way he deals with all of that plus the way he is with his oldest brother of all my sons, Logan, who is epileptic and needs constant care.

I love that Larry takes extra time and effort to keep bonded with our whole family, especially his grand-mom, Marie Giberson, which is still strong today as he selflessly calls, visits and helps them with anything they would possibly need. Since he was a toddler he would often go to dinner with my parents and their friends, which sometimes seemed odd to me that people two generations ahead wanted his company, but I believe it helped form him into a very well-rounded young man in front of you today.

I watched as Larry's grades and attendance at school from the very beginning were just absolutely stellar as he was the most self motivated student of life that I have ever been around. He would constantly be reading and I even remember him giving himself projects to do that were not even a requirement of his schooling.

Larry and I had a conversation when he was in 7th or 8th grade and he informed me he would attending an Ivy League college one day, possibly Princeton. As a dad, my mind was racing because here I have this young, brilliant, formidable 11 or 12 year old shooting for the stars on his own accord. This not only blew me away, but it scared me because I just wanted to protect my son and not have him feel rejection at such a young age. I also knew his capability and was wondering just how we were ever going to pay for such an education because he might just pull it off. His determination and drive was relentless and he one hundred percent on his own positioned himself over the next few years to be in that position to get himself the opportunity. When it was time for him to start sending letters off to colleges he informed me that he was doing an early commitment to just Princeton which he explained also meant that he could not apply anywhere else and if he didn't get accepted, then he would be months behind other applicants to other schools. I was explaining about having all his eggs in one basket and trying to give him fatherly advice but learned a great lesson that day from Larry instead. I saw it in his eyes, he was years in the making of manifesting his own destiny, and I had to allow my personal parental fears to take a backseat. That day your Honor, I saw my youngest son's true character, of the quality man I was watching him become.

His drive and motivation was unwavering as he not only maintained being the top student in his class almost every year, but also volunteered for local events, helped at church and community functions. As much as people credit his mom and myself, really it was his good character, dedication and perseverance that put him into Princeton. In high school and throughout college Larry chose to continue working a job in addition to his schoolwork so he had skin in the game, which I promoted for all my boys. I take a lot of pride in his work ethic as he maintained jobs and as a busser, waiter, bartender, and manager, which I truly believe keeps a well-educated person grounded.

I wish that we all could be perfect all the time, but ultimately it is trials and tribulations that we learn from, that we grow from, and Larry is no different. Unfortunately and fortunately many times in my life, I have allowed my passion to get the best of me. Thankfully, I have learned from those small moments in time and they did not define me, they helped form a better me. At 57, I still do not always get it right, but I can still keep trying and growing because thankfully nothing in my past is holding me back. I only want the same for my boys.

I think there there is no greater example of Larry's good character than how he has handled everything relating to this case. There are a million other ways for someone in his situation to act or behave, but through it all he has been cool and collected, accepting the reality of the situation and facing it head-on with dignity and responsibility. The fact that he knows that this is the right way, the only way, to handle this, proves the depth of his character and his virtue, and demonstrates that amazing ability of his to learn and grow like no one else I know.

I can only hope and pray during these proceedings that you can see the true quality young man that Larry really is. The compassionate, loving, loyal grandson, friend, brother and uncle that I am blessed and proud to call my son. Thank you for your time.

Sincerely,
Larry Giberson Sr.

October 25, 2023

Judge Carl J. Nichols

USA v. GIBERSON 1:23-cr-00115

U.S. District Court for the
District of Columbia, 333
Constitution Ave, N.W.,
Washington, D.C.

Dear Judge Nichols,

I'm writing to you in support of Larry Giberson, Jr. I first met him in 2010 when I became friends with his mother, during which time she was separated and going through a divorce with Larry's father. It was difficult time for their family. Although Larry was just a young boy while he was experiencing this upheaval in his life, I was struck at what a truly bright light he was: always positive, smiling and happy while being cooperative, helpful and respectful of his mother. What also amazed me was his ability to converse and communicate with adults. He had the maturity of a grown up in a kids body! He was and still is a joy to be around!

I watched Larry persevere throughout the years. There were a number of things that could've easily knocked the wind out of his sails but he never let negative events in his life get him down. Besides the fact that he and his mother had to move a few times, forcing him to change schools and make new friends, he endured an ongoing, challenging relationship with his father. I was amazed time and time again with how he handled visitation with his father who tended to be emotionally distant, self absorbed and even confrontational with Larry at times. Instead of reacting in any negative way, Larry would always take a step back and try to understand the dynamics behind his father's behavior. He really loved his dad unconditionally, always treated him with dignity and respect and as a result they've maintained a good relationship.

Larry always knew he wanted to go to college and worked very hard to do well in high school, understanding how competitive the admissions process would be. One of the best days of his life was when he received the letter of acceptance into Princeton University! We were all so proud of him! He hit the ground running in his freshman year but everything came to a screeching halt when the pandemic hit. Once again, he persevered through the shutdown, never getting discouraged and always keeping his eyes on graduating, which he did this year. All throughout college, when he wasn't attending class, he worked at local restaurant to support himself, making sure he would never be a financial burden on his mother.

In summary, over the last 13 years, I've watched Larry Giberson grow up and each time he was faced with challenges (many that would have been difficult for a person twice his age), he's always reacted thoughtfully and handled himself with composure and dignity. I'm very proud to know him! I hope that my letter has helped to give you a better idea of the young man before you in this case and ask that you show him leniency in your judgment. Thank you for your time.


Sincerely,

Laura J. Mutz

U. S. District Court for the District of Columbia
333 Constitution Avenue
N. W., Washington D. C.
October 11, 2023


To: Judge Carl J. Nichols

RE: USA V. Giberson 1:23-cr-00115

I have known Larry Giberson, Jr. since the day he was born. He was a very happy child. We became very close and spent much time together. Larry Jr. started coming to my office when he was about 1 year old. Larry Jr. would come in an had to see me before he would talk to others in the office. Larry Jr. was always polite when we took him to dinner and would order for his mother. Sometimes he would visit other tables that had children and said he was visiting friends even though he had never met them. Larry Jr. always had a song to sing and would ask us to join in though we did not know the song. When I would take him to the shore house we always went to the book store where he would buy three books one was to read on the way back to the house. Larry Jr. kept his room at the shore very neat. We went on a trip to Nashville and he wanted to go to breakfast with me, I took him to the buffet which he loved and enjoyed. When we got home as few day later he wanted to go to breakfast again and asked if we could go to the buffet. Guess he didn't realize it was miles away. When we would go to breakfast he always ordered two so he could take leftovers home to his mother. We went on a Disney Cruise when he was five and he found the free ice cream stand, he could not wait to tell his Pop about it as he knew ice cream was his favorite. He is very thoughtful of others.

Larry Jr. was a great student in school. He helped plan and worked on the cleanup of Dr. James Still's cemetery. He was well liked in his afterschool program. The aid still asks how he is doing as do the other teachers at the school. Larry Jr. graduated at the top of his class in High School and was in the Honor Society. I was very proud of him when he held out for Princeton, because this was the school he wanted. Shows strength and courage.

The cousins got together and planned a family camp out at our house, Larry Jr. was right there sleeping over, playing games and eating. When Larry Jr. worked he would call and ask me to lunch and pay for it. Larry Jr. is very generous and caring.

Larry Jr. loves to travel which he does often to support his half brother in Florida who is recovering from an illness. He visits and helps care for his half brother who has seizures when he can. He shares his day off with his mother and sister-in-law and sometimes me swimming in their pool.

Last Christmas he made Beef Wellington for our day after for his Dad and brothers. It's a Larry Giberson family tradition. His gifts to Pop and I are always very thoughtful.

Larry Jr. is a caring, generous and bright person. Even Einstein was not perfect.


Sincerely,

*Marie Giberson*

Marie Giberson

October 26, 2023

Judge Carl J. Nichols

USA v. Giberson 1:23-cr-00115

U.S. District Court of the District of Columbia

333 Constitution Ave, N.W.

Washington, D.C.


To the Honorable Judge Carl Nichols,

I am writing this letter to attest to the character and reputation of Larry Giberson. I have known Larry for about 1 year and have the pleasure of working alongside him at Mud City Crab House.  I can vouch that Larry has been a person of great morals and integrity over the time that we have known each other.

Personally, Larry has shown my family and I support, compassion and love during the loss of my son, Dylan, who was also a co-worker and friend to Larry over the 4 years they worked together. In the time since his passing last October, I have taken up a part-time position at Mud City, and was immediately treated as a member of their family just as they had treated my son. Larry was no exception and he helped to make me feel at home. He was always willing and ready to help me learn the ropes of the new bartending role I found myself in, and we have spent many mornings setting up over the last year filled with laughter and fun.

I can further state that Larry has been immensely dedicated to his family and work, and a loving person towards friends as well. He has been known to be helpful and compassionate and is a much-loved person by all. I thank you for your time and hope that my letter can give you some insight into the kind of person Larry is and that this will help you come to a fair decision when it comes time for his sentencing.


Sincerely,

Miranda DeStefano

October 12, 2023

Judge Carl J. Nichols

USA v. GIBERSON 1:23-cr-00115

U.S. District Court for the District of Columbia
333 Constitution Ave, N.W.
Washington, DC 20001

Honorable Judge Nichols,

First and foremost, thank you for taking a moment to read this letter. I know you maintain a busy
schedule and your time is very much appreciated.

Larry Giberson is my (much) younger brother. I'm 36 years old and he is 22. We share the same biological
mother, Jackie Fife, but not the same father. Jackie became pregnant with me when she was young, 17
to be exact. On September 9, 1987, she performed a heroic act by giving birth to me and set up an
adoption from the day I was born knowing she didn't have the means to provide for a newborn.

My mom and dad, Ben and Patricia Gardiner, raised me from that day on. They're two of the most
incredible people and without Jackie, I would never have had the opportunity to be with them. At the
age of 21, I began to get curious about my lineage and began to talk through things with my parents.
After finding out she only lived one town over from me, they encouraged me to reach out to Jackie.

After months of contemplation and general nervousness, I placed a phone call. A young boy answered
the phone. I'm dating myself here as landlines still were a thing. I heard through multiple sources Jackie
had another child upon marrying. It was my brother. It was truly a situation that not many people could
relate to. Jackie and I had a brief discussion, both realizing how truly surreal it was to be speaking to
each other after 21 years.

We met on a freezing Saturday afternoon at a local restaurant in early 2009. Having a lifetime to catch up
on, we stayed from 4:00pm to almost midnight. Larry was 8 years old at the time and after months of
continuing to meet up and get to know each other, we arranged a lunch for the two of us for the first
time.

After instantaneously connecting, I began to come by the house and hang with him whenever our
schedules aligned. This came at a pivotal time in which Jackie and Larry's father, Larry Giberson Sr., were
amid a divorce. Due to a lack of attention paid by his father, Jackie took on the Mother/Father hybrid
role which is no easy task especially with her son being at such an impressionable age.

Over the past 13 years, I've watched him grow from a young boy searching for an identity into a
confident Princeton graduate who is sure of himself and what he wants to pursue in life. He has shown
interest in becoming a lawyer, writer, and statistician, however, whatever he chooses will pale in
comparison to what matters most to him; his family.

My (now) wife, Caitlin, and I met shortly after my meeting Jackie and Larry and they formed an instantaneous close friendship. Caitlin is a voracious reader and they often sit down to talk about what they're reading and suggest different books to each other.

Caitlin and I have two children together, Reagan (5) and Cooper (2 ½), with another one on the way. They absolutely love their Uncle Larry. He drives up to our home in Medford, NJ which is about 1 hour away from him at least one morning per week to walk Reagan to the bus stop and talk to her about what's happening in school then comes back to play action figures and trucks with Cooper.

I am frequently traveling for work and whenever I'm away, Larry comes up to have dinner with the family and helps with the bedtime routines. He does this on his nights off from working multiple roles at Mud City Crab House, which is a bustling restaurant off Long Beach Island.

**January 6, 2021** was a day I believe he along with many others would like a mulligan on and just avoid the D.C. area in general. These past couple of years have been weighing on him in many ways; particularly finding out what his fate will be through the judicial system and the attention he has garnered on campus, publications, and social media.

Your Honor, Larry is a good man who cares deeply for his family and friends. There isn't a thing he wouldn't do to help anyone. I'm asking for your leniency in his sentencing and look at the many positive impacts he will have on this great country for the rest of his life.

Respectfully,

Nick Gardiner

Honorable Judge Nichols,

I am writing to you on behalf of Larry Fife Giberson. I am Larry's sister-in-law and have known Larry for thirteen years. Larry is my husband's youngest brother and I had the privilege of being able to witness his growth from a kid to the young man he is today.

The Giberson family has many different dynamics to their family, each member having a special gift that they grow into as a career or a passionate hobby. Larry's dynamic gift within the family was his intelligence and his passion to learn. Larry has always been a wealth of information in any topic, and would challenge himself to well rounded in food, art, culture, language, etc.

As Larry got older him and I created a special relationship as we both had similar styles of passion to learn, and could typically find something to talk about. As Larry moved into adulthood I started spending more time with Larry. The past few years Larry and I spend most Fridays in the summer together sharing new "facts" about things we have learned, having deep discussion about our own life experiences, dreams, goals, or laughing about complete nonsense. I have siblings of my own whom I have great, supportive relationships with, but I believe it is something special to have that also with your in-law's.

Being someone who enjoys learning, challenges create the best learning experiences. Larry has been challenged in many ways as he has a very blended family. Larry has shown great compassion and has learned the importance of healthy communication. Larry also has learned the value of family connection. Just this past month Larry's brother celebrated 4 years of sobriety from substances and joined my husband and I to visit his brother to present him with his 4 year sober chip and to see the supportive work that his brother is providing to others who still struggle with substance abuse. Larry also will make sure that if an event is occurring to celebrate someone in the family or a holiday to make sure he is in attendance. Sometimes planning his own special outing with that family member. I myself did some post graduate schooling and Larry was always thoughtful in finding time to ask me how I was doing even in a text message or phone call or provide an outing for us to celebrate the end of a semester.

I have presented the idea of the passion of growth and learning in Larry's life. Larry when presented with challenges takes them as information that he can use to keep growing into the young man he is becoming. I have watched Larry take this past year focus more on the connections in his family, and to explore who is and what he wants to do with his future. Larry is just starting his young adulthood journey. This year, having been challenged with very adult life choices and realities revolving around this case, Larry has made the choice to grow by focusing on working even harder at his job and taking time to grow his relationships. Larry also has been exploring his own identity as a young man and what he would like to do with his future moving forward. I know that overcoming challenges even those that have been our own choices can be gateways for paths to be changed. It is my hope in writing this that it will be considered that Larry will be provided with a chance to learn and grow from this experience and continue to be able to make a better future for himself.

Sincerely,
Tia Giberson



**TIDE TABLE** GROUP

5000 C Long Beach Blvd. Brant Beach, NJ 08008, info@tidetablegroup.com

October 27, 2023

U.S. District Judge Carl J. Nichols
Re: *USA v. Giberson*, 1:23-cr-00115
U.S. District Court for the District of Columbia
333 Constitution Ave., N.W.,
Washington, D.C. 20001

Honorable Judge Nichols,

I am writing this letter of character on behalf of Larry Giberson.

Larry has worked for me at my restaurant, Mud City Crab House, since the spring of 2017. He has consistently proven himself to be a hard working and responsible employee. Over the years he has steadily moved up in position from counter clerk to bussing and food running to his current position of serving and bar tending. He has been beyond trustworthy and has always given me a clear commitment in his positions here. Larry is well liked amongst the other staff and has always put the needs of the team in front of his own. For instance, if we are short staffed he is always willing to step down in position (go back to bussing tables) if we are in need. My company is routinely involved with local fundraising projects, essentially dinners and events where we donate all proceeds to local families in need. Larry is always on board to volunteer his time and has always been a valuable contributor to these events. Through these events we are able to raise over $100,000 annually to support local families in need. Whether it be families suffering with disease or helping school kids get needed supplies, we feel this is an important aspect of being in a community business. Larry has always shared in this enthusiasm. Throughout his tenure here he has become one of my most trusted employees. When he does leave me for a "real world job" he will be missed most certainly.

One of his characteristics that has always impressed me is his commitment to hard work with his education. Larry has worked with me though his high school years and now all the way through college. I remember how hard he worked to achieve his goal of being accepted to Princeton University. As Im sure you are aware, this is no easy task. Larry put his all into this and we were all so proud of his success in this process. In his years at Princeton we all had the utmost confidence in his ability to succeed and this past spring he earned his diploma. We are all proud of him.

While I cant speak specifically on his troubles regarding January 6, I know that he has never had any issues with law enforcement prior to or since. Frankly, when I heard of his troubles I was shocked. However, its not exactly unheard of for college students to get a bit overzealous when it comes to activist protests/ rallies, so I suppose it plausible that Larry could get caught up in that furver.

Larry is a highly intelligent young man with a bright future. In my opinion, it would be a tragedy to see a roadblock put on his path to adulthood.  My company employs over 500 people over 6 restaurants, most of them of the younger generation. Larry is in the top percentage of those that I would bet on having success and becoming a strong contributing member of society.

I hope these words help to support Larry's situation. While Im not defending his actions on January 6th, I hope you can find it within yourself to take his character and future into your judgement f him in this case.

Sincerely

Eric Magaziner
Tide Table Group

October 26, 2023

Honorable Judge Carl Nichols,

I am writing to you on behalf of Larry Giberson; to make you aware of my impressions of Larry to enable for you a more complete understanding and appreciation of the young man in your presence today.

I met Larry in his pre-teen years during the time his family and I were just becoming acquainted. I have witnessed his growth as a person to the man he is today; as a guest in my home, as a customer of his employer where I often dine, during casual interactions in the small town in which we reside, and during one-on-one conversations about our mutual college alma mater.

If asked to describe Larry to someone who has not had the pleasure of our frequent interactions, I would employ words like: courteous, polite, respectful, hard-working, intelligent, driven, up-beat, positive, and passionate.  He greets with a smile and hand-shake, is relevant in conversation and awareness, and respectful of the friendship between he and I, and me and his family; his mother, his uncle, his grandmother. He has demonstrated his desire and ability to exceed academically not just for the accolades for himself, but to bring pride to his family; the people he loves most. He's took on extra work responsibilities to lessen the financial burden a youth puts on his mother. He is always a gentleman.

I am confident in my impression of Larry based on the nearly 12 years I have known him. I cannot reconcile how he chose to express his passion on January 6th to the quality of the person I describe to you today.

I ask Sir that in deliberating just punishment for Larry that you consider a degree of leniency afforded to youthful impulsiveness, naivety, the intoxication of social media deceit, and short-lived questionable judgement. I and certain Larry will be a continue to be great contributor to our society after the shadow on these past events diminish.

I thank you for your consideration.

James Balbo