# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States | ) |
| | ) |
| v. | ) No. 1:23-cr-115-CJN |
| | ) |
| Larry Giberson, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF ADDITIONAL CHARACTER LETTERS

The defense hereby submits the attached character letters for the Court's consideration at sentencing in addition to those submitted with the sentencing memorandum. These letters were just received.

Respectfully Submitted,

By:

/s/ Charles Burnham
Charles Burnham, DC # 1003464
*Attorney for the Accused*
Burnham & Gorokhov, PLLC
1750 K St. NW, Suite 300
Washington, DC 20006
(202) 386-6920 (phone)
(202) 765-2173 (fax)
charles@burnhamgorokhov.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of this pleading was filed on opposing counsel through the Court's electronic filing system.

By: */s/ Charles Burnham*
Charles Burnham
D.C. Bar 1003464
*Attorney for Defendant*
BURNHAM & GOROKHOV, PLLC
1750 K Street NW, Suite 300
Washington, DC 20006
(202) 386-6920 (phone)
(202) 265-2173 (fax)
Charles@burnhamgorokhov.com