October 31, 2023

Judge Carl J. Nichols

U.S. District Court for the District of Columbia

333 Constitution Avenue N.W.

Washington D.C.

U.S.A. v Giberson 1:23-cr-00115

Honorable Judge Carl J. Nichols,

Nelson Mandela said it best, "The greatest glory in living is not in falling, but in rising every time we fall." I was born in South Africa and grew up during a very turmoil time in Pretoria, South Africa. I've seen the best in humanity and the worst. What you quickly learn as a child that is surrounded by political volatility is to quickly assess a person's character for your own safety.

I met Larry Giberson just over two years ago. My first impression of him was that he was articulate, quick-witted, very intelligent, worldly, and kind. Larry came to my workplace to drop food off for his mother, Jackie Fife. At the time, he was a full-time student at Princeton University and still working part time. For most people this goal would be unattainable - but when you meet Larry you clearly understand that he is an individual who wants to make a positive impact in the world, and he's willing to work for it. I remember telling Jackie that I hope my young boys turn out just like Larry one day – a statement I still stand by to this day.

During COVID my family and I moved from Northern New Jersey to our beloved beach town in Southern New Jersey to give my two boys a sense of normalcy as the world was navigating through a horrible epidemic. We fell in love with the area and never left. Jackie Fife and her family have been loved and respected by the community for a long time. Being relatively new to the area, I could not help but gravitate toward their family. Wherever Jackie and Larry are there is always great food, laughter, deep conversations, animals, and children. People are drawn to them because they always make you feel welcome.

When it comes to Larry Giberson, what you see is what you get and what you get is a beautiful soul. My son, James, who is currently 10 years old looks up to Larry more than he does with anyone else. There is no doubt in my heart that Larry will take any obstacle and use it as a life lesson. He is far beyond his years, a true old soul.

If you have any additional questions, please do not hesitate to reach me directly at (201) 470-3886.

Sincerely,

Adinda Balcomb

Dear Judge Nichols,

My name is Kylie Conner. I have been a friend and coworker of Larry Giberson for the past three years. I met Larry on my first shift at the restaurant we both work at, Mud City. He had shown me around and helped to train me. I am someone who experiences a lot of social anxiety, and I found it notable how nonjudgmental and welcoming Larry was to me that day and how he has been so ever since.

There are not many people that I can talk deeply with, but Larry is someone who is always interested in exploring spiritual and philosophical ideas. I admire his wisdom and eagerness to expand his mind. Larry is the kind of person who looks out for others and just wants to see people happy. I have seen this in the hospitality he has with guests and friends in his home, as well as his attempt to create a good experience for every customer he serves at our workplace. Larry is a grateful person who never shies from telling people how much he appreciates them.

If there is any type of leniency to be given here, please consider it. I truly think Larry deserves it. Thank you for your time and consideration,

Sincerely,
Kylie Conner

Dear Judge Nichols,

My name is Mia Amirr, I am 22 years old, and have known Larry Giberson for almost 5 years working at Mud City Crab House. When I first met Larry I was 17 years old and it was my first day working at Mud City. I remember that he was training me on my first day and I was extremely nervous as I didn't know very many people there. From meeting Larry that first day I thought that he was a very genuine, kind, helpful, and considerate person. He was so helpful to me and made me feel welcome at Mud City like I was one of them. He gave me a great sense of leadership as he had been one of the best counter kids at the time with all of our staff. Over the last few years these qualities that I noticed in Larry only grew more apparent as he turned into the young man he is now. One quality that I will always associate with Larry - and it has happened on multiple occasions - is his heart for welcoming others, especially to his house. Larry has always been so open and welcoming to all of his friends and let us all hangout at his house and just grow closer as a friend group. One time I remember we had all slept over and we woke up to Larry, up before everyone else, cooking a breakfast feast for us with a smile on his face. He always aims to meet new people and make new friends and I admire that about him. Another thing that always sticks out to me about Larry is how many times when I have come to work upset and he always has been the friend to make sure I am okay and to put a smile on my face. Larry strives to be the best person he can be and I have always seen this in his character as a person. Over the last 5 years our friendship has grown and I really appreciate him as a person and as a friend. So, I ask that you please consider what I have written in this letter and take all of the qualities about Larry into consideration as he is truly a good hearted person. Thank you for reading this letter and for your time and consideration in this matter.

Sincerely,

Mia Amirr

Judge Nichols,

  I am Richard Giberson Jr. I am writing you to ask for leniency from the court for my nephew, Larry Giberson Jr.
  In the 22 years Larry has been in our family he has never been in any trouble like this. I would ask the court looking at Larry's past life to realize his behavior in this matter was completely out of character for him. I assure you the conversations had with Larry after the event were many as we have a close family. He fully understands the gravity of his actions. This was not the person I have come to know.
  Larry was a good kid growing up, his teenage years were uneventful regarding getting into any trouble. He was the smart kid in the family with a higher than average IQ, he would go out with friends, be home before his curfew, always do his homework without being told, helped his mom make dinner, played video games, etc. He has become a very nice, well-rounded young man. The fact that he has completed a degree at Princeton University, always held a job and comes to most of the family events during the year should all be proof to us that he is on a good path in life.
  This is the person we know and would ask you judge him more on who he is than the single misstep he has had. I would also ask your indulgence in looking at Larry's future for his and his family's sake. His cousins look up to him and this would be devastating to those relationships. Through conversations with Larry this single misstep had made him realize how his decisions in the moment can not only affect him but his family and not just for the day but the future. I ask the courts as an Uncle that cares very much for Larry that it could make its decision more with his future in mind. Thank you for taking the time to read this letter.

Respectfully,
Richard Giberson Jr.

Jacob >

iMessage
Fri, Aug 25 at 2:34 PM

Greetings, Larry.

Been a long time. This is Jacob Baxter. Yes, the loud mouthed loser you never wanted to be, on the LBI bus. I came across your number from a friend, and wanted to say I truly hope that you have been doing well. During the times you took me in as a friend, I needed it. Even when I wasn't a good person. You inspired me to look passed who an individual might be, and learn who they are. I've changed my life quite a bit, taking myself into studying finance and the Real Estate market. Not sure what you have decided to pursue yourself, but I'd like to learn. I don't find myself associating with the nonsense I used to, and I always used you as a way to sharpen who I was. I never told you how much I looked up to you, but you should know. Give me a call if you have the time for it.

- Jacob.

Sun, Sep 10 at 2:38 PM

Jacob, thank you so much for your incredibly kind and thoughtful message. I've been terribly busy the last couple weeks and will be still for another week or two, but I just wanted to shoot you a quick text now just to make sure that you knew I wasn't ignoring you. I would love to catch up sometime, and I'll be sure to send you a message soon and coordinate a time.

All my best,
Larry

Read 9/11/23