# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| United States, | ) |  |
| :--- | :---: | :--- |
| v. | ) | No. 1:23-cr-115-CJN |
| Larry Giberson, | ) |  |
| Defendant. | ) |  |

## NOTICE OF ADDITIONAL CHARACTER LETTERS

The defense hereby submits one final character letter for defendant Larry Giberson which was received late last night.

Respectfully Submitted,

By:

/s/ Charles Burnham
Charles Burnham, DC # 1003464
*Attorney for the Accused*
Burnham & Gorokhov, PLLC
1750 K St. NW, Suite 300
Washington, DC 20006
(202) 386-6920 (phone)
(202) 765-2173 (fax)
charles@burnhamgorokhov.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this pleading was filed on opposing counsel through the Court's electronic filing system.

By: */s/ Charles Burnham*
Charles Burnham
D.C. Bar 1003464
*Attorney for Defendant*
BURNHAM & GOROKHOV, PLLC
1750 K Street NW, Suite 300
Washington, DC 20006
(202) 386-6920 (phone)
(202) 265-2173 (fax)
Charles@burnhamgorokhov.com