To the esteemed Judge Nichols, presiding over the case of Mr. Larry Giberson, I respectfully introduce myself as Christen Quintin. As an individual closely acquainted with the Giberson family for nearly two decades, I bear witness to the remarkable growth and development of Mr. Giberson from his formative years to the accomplished individual he is today. Under the nurturing guidance of his mother, Jackie, Mr. Giberson has been instilled with a strong moral compass, demonstrating exemplary conduct and unwavering respectfulness throughout his life.

From his early involvement with the Philadelphia Boys Choir to his outstanding academic achievements at Princeton University, Mr. Giberson has consistently displayed exceptional talent and dedication. Moreover, he has consistently upheld his familial responsibilities as a loving son, brother, cousin, grandson, and a loyal friend to many. His commitment to his studies and his unwavering support for his mother, who raised him single-handedly, exemplify his unwavering dedication to personal and communal excellence.

In light of the ongoing uncertainties that could potentially impact Mr. Giberson's future, I beseech the court to recognize his exceptional character and unwavering commitment to upholding the principles of justice and integrity. Mr. Giberson stands as a beacon of virtue and societal contribution, demonstrating a passion for his country and an unyielding dedication to his beliefs.

I implore you, Your Honor, to consider my testimony and acknowledge the outstanding qualities and invaluable contributions that Mr. Giberson has made and will continue to make to society. It is my sincerest hope that you will grant him the opportunity to continue his pursuits with an unblemished record, ensuring that his potential remains unhindered by the current circumstance.

With utmost gratitude for your time and consideration, I express my sincere prayers for your thoughtful deliberation.

Respectfully,

Christen Quintin